<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6675**

---

WILLIAM E. NICHOLSON-EL,

Petitioner - Appellant,

versus

UNITED STATES PAROLE COMMISSION; GARY W.
WATERS, Sheriff, Portsmouth, VA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-98-482)

---

Submitted:  August 19, 1999          Decided:  August 26, 1999

---

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William E. Nicholson-El, Petitioner Pro Se.  Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William E. Nicholson-El appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Nicholson-El v. United States Parole Comm'n, No. CA-98-482 (E.D. Va. Mar. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED